UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR EQUAL RIGHTS FOUNDATION, | Case No. 1:25-cv-00250-BAM |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION TO DISMISS |
| v. | |
| MISTY HER, interim superintendent of the Fresno Unified School District; and VALERIE DAVIS, President of the Fresno Unified School District, | (Doc. 17) |
| | ORDER CONTINUING SCHEDULING CONFERENCE |
| Defendants. | |

Plaintiff Californians for Equal Rights Foundation initiated this action on February 27, 2025. (Doc. 1.) On April 21, 2025, Defendants Misty Her and Valerie Davis filed a motion to dismiss Plaintiff's complaint under Federal Rule of Civil Procedure 12(b)(1), and set the motion for hearing on June 6, 2025. (Doc. 15.) Thereafter, on April 22, 2025, the Court advanced the deadline for the parties to file their Consent/Decline of U.S. Magistrate Judge Jurisdiction forms to May 12, 2025, and took the hearing on the motion to dismiss off calendar pending receipt of the parties' consent/decline forms. The Court indicated that Local Rule 230 would continue to govern the filing of oppositions and replies. (Doc. 16.)

On April 22, 2025, Plaintiff filed the instant motion requesting a two-week extension of

the deadline for filing a response to Defendants' motion to dismiss. (Doc. 17.) Plaintiff explains that good cause exists for the extension of time because Plaintiff's counsel "has multiple other deadlines and scheduled depositions in other legal matters impending this month." (*Id.* at 2.) Plaintiff reports that Defendants' counsel "has been contacted concerning the request and they do not oppose the requested relief." (*Id.*)

Having considered the motion, and cause appearing, Plaintiff's request for a two-week extension of time to file an opposition to Defendants' motion to dismiss is GRANTED. (Doc. 17.) Plaintiff shall file a response to Defendants' motion to dismiss on or before May 19, 2025.

Due to the status of this case, IT IS FURTHER ORDERED that the Scheduling Conference currently set for May 28, 2025, is CONTINUED to **September 30, 2025, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall file a Joint Scheduling Report at least seven (7) full days prior to the conference. The parties shall appear at the conference remotely with each party connecting via Zoom video conference. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:  **April 28, 2025**           /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE