WILSON C. FREEMAN, Ariz. Bar No. 036953*
Email: WFreeman@pacificlegal.org
  *Counsel for Service*
JOSHUA P. THOMPSON, Cal. No. 250955
Email: JThomspon@pacificlegal.org
  *Local Co-Counsel*
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

GLENN E. ROPER, Colo. Bar No. 38723*
geroper@pacificlegal.org
Pacific Legal Foundation
1745 Shea Center Dr., Suite 400
Highlands Ranch, CO 80129
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

*Attorneys for Plaintiffs*

*pro hac vice*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| CALIFORNIANS FOR EQUAL RIGHTS FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>MISTY HER, interim superintendent of the Fresno Unified School District; and VALERIE F. DAVIS, President of the Fresno Unified School District,<br><br>Defendants. | No. 1:25-cv-00250-BAM<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION**<br><br>Judge: Barbara A. McAuliffe<br>Date: September 26, 2025<br>Time: 9:00 a.m.<br>Place: Courtroom 8, 6th floor<br><br>Complaint Filed: February 27, 2025 |

Pltf.'s Mot. for Reconsideration

PLEASE TAKE NOTICE that on September 26, 2025, at 9:00 a.m., or as soon thereafter as counsel may be heard in Courtroom 8, 6th Floor, of the Robert E. Coyle United States Courthouse, located at 2500 Tulare Street, Fresno, California 93721, Plaintiff Californians for Equal Rights Foundation will and hereby move, pursuant to L.R. 230(j) and Fed. R. Civ. P. 59(e), for an Order vacating the August 12, 2025 Order (Doc. 25) and denying Defendants' Motion to Dismiss.

The grounds here for the motion are (1) newly discovered evidence; and (2) clear error by the court.

The instant Motion is based upon this Notice and Motion; the accompanying Brief in Support of the Motion, filed concurrently herewith; the accompanying affidavit of Wilson C. Freeman and exhibits; the entire record herein; as well as such oral and documentary evidence that may be properly presented at the hearing on this Motion.

DATED:  August 26, 2025.

                                            Respectfully submitted,

                                            WILSON C. FREEMAN*
                                            JOSHUA P. THOMPSON
                                            GLENN E. ROPER*

                                            By  /s/ Wilson C. Freeman
                                                   WILSON C. FREEMAN

*Attorneys for Plaintiff*

*pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2025, the forgoing document was filed via the court's electronic filing system, which provides notice of filing to the following:

>Michael J. Davis
>Matthew T. Besmer
>ATKINSON, ANDELSON, LOYA, RUUD & ROMO
>5075 Hopyard Road, Suite 210
>Pleasanton, CA 94588-2797
>MDavis@aalrr.com
>Matthew.Besmer@aalrr.com

By   /s/ Wilson C. Freeman
      WILSON C. FREEMAN