WILSON C. FREEMAN, Ariz. Bar No. 036953*
Email: WFreeman@pacificlegal.org
  *Counsel for Service*
JOSHUA P. THOMPSON, Cal. No. 250955
Email: JThomspon@pacificlegal.org
  *Local Co-Counsel*
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

GLENN E. ROPER, Colo. Bar No. 38723*
geroper@pacificlegal.org
Pacific Legal Foundation
1745 Shea Center Dr., Suite 400
Highlands Ranch, CO 80129
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

*Attorneys for Plaintiffs*

*pro hac vice*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| CALIFORNIANS FOR EQUAL RIGHTS FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>MISTY HER, interim superintendent of the Fresno Unified School District; and VALERIE F. DAVIS, President of the Fresno Unified School District,<br><br>Defendants. | No. 1:25-cv-00250-BAM<br><br>**DECLARATION OF WILSON C. FREEMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION**<br><br>Judge: Barbara A. McAuliffe<br>Date: September 26, 2025<br>Time: 9:00 a.m.<br>Place:  Courtroom 8, 6th floor<br><br>Complaint Filed: February 27, 2025 |

Decl. of Wilson C. Freeman

**INTRODUCTION**

I, Wilson C. Freeman, am over the age of 18, I am competent to make this declaration, and I have personal knowledge of the facts in this declaration. I declare and state as follows:

1. Attached as Exhibit 1 is a screen capture of the A4 Program webpage taken on December 5, 2024, by the "Wayback Machine."[1]

2. Attached as Exhibit 2 is a screen capture of the A4 Program webpage taken on March 22, 2025, by the "Wayback Machine."

3. Attached as Exhibit 3 is a pdf print out of the A4 Program webpage taken on August 26, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2025.

WILSON C. FREEMAN

---

[1] The Wayback Machine is a project of The Internet Archive, a 501(c)(3) non-profit, that provides a digital library of Internet sites and other cultural artifacts in digital form. *See* About the Internet Archive, https://archive.org/about/.