# EXHIBIT 1

The Wayback Machine - https://web.archive.org/web/20241204064759/https://www.fresnounified.org/departments/african-american-academic-accelerat...

# African American Academic Acceleration (A4)



## Our Purpose

The Office of African American Academic Acceleration (A4) serves African American and black pre-K through 12th grade students throughout Fresno Unified School District. With over 12 innovative programs and initiatives, A4 is dedicated to equipping students, parents, and families with the resources, support, and opportunities they need to excel and reach their highest potential.

## Contact

(559) 457-3728

A4Info@fresnounified.org (https://web.archive.org/web/2024120406...

Skip To Main Content

In 2017, Fresno Unified took a bold step to create lasting change by launching A4, a transformative initiative to address the disparities in academic outcomes faced by African American students and other demographic groups. While our district has made progress in graduation rates, Advanced Placement enrollment, and college applications, African American students — who make up 8.2% of our student body — were not experiencing these gains equally. Additionally, disproportionately high suspension rates have led to significant lost instructional time, highlighting the urgent need for an equity-driven approach to ensure meaningful support for African American and black students across all schools.

For over six years, a dedicated coalition of staff, educators, community allies, and students have worked passionately to close the achievement gap. Our mission is to ensure African American students not only meet academic goals but thrive in a nurturing and empowering environment. Together, we are creating a future where every student is equipped to succeed, excel, and make their mark far beyond the classroom.

748 S. 10th Street, Fresno, CA 93702

Facebook, Instagram & Twitter/X: @a4fusd

## ACCESSIBLE VIDEOS (HTTPS://WEB.AR

**"This work requires allies that are willing to move, to act, and to put time and resources behind an effort to close a gap. For black students, we're not meeting the bar. We need to declare that publicly and do better."**

**— Dr. Robert G. Nelson, Former Superintendent, Fresno Unified School District**