# EXHIBIT 2



The Wayback Machine - https://web.archive.org/web/20250322223539/https://www.fresnounified.org/departments/african-american-academic-accelera...

# African American Academic Acceleration (A4)

## Our Purpose

The Office of African American Academic Acceleration (A4) serves African American and Black pre-K through 12th grade students throughout Fresno Unified School District.

During the 2023/24 academic year, **A4 proudly served 1,212 single-race African American and Black students**, representing 23% of Fresno Unified's total enrollment of 5,200 single-race African American and Black students. In total, in the 2023/2024 academic year, **A4 has served 7,950 students of all racial and ethnic backgrounds.**

**LET'S TALK (/WEB/202503222235:**

## Contact

C...

**With over 13 innovative programs and initiatives**, A4 is dedicated to equipping students, parents, and families with the resources, support, and opportunities they need to excel and reach their highest potential.

**In 2017, Fresno Unified took a bold step to create lasting change by launching A4**, a transformative initiative to address the disparities in academic outcomes faced by African American students and other demographic groups. While our district has made progress in graduation rates, Advanced Placement enrollment, and college applications, African American students — who make up 8.2% of our student body — were not experiencing these gains equally. Additionally, disproportionately high suspension rates have led to significant lost instructional time, highlighting the urgent need for an equity-driven approach to ensure meaningful support for African American and Black students across all schools.

Since 2017, a dedicated coalition of staff, educators, community allies, and students have worked passionately to close the achievement gap. **Our mission is to ensure African American and Black students not only meet academic goals but thrive in a nurturing and empowering environment**. Together, we are creating a future where every student is equipped to succeed, excel, and make their mark far beyond the classroom.

## Us

(559) 457-3728

**A4Info@fresnounified.org
(https://web.archive.org/web/2025032222**

748 S. 10th Street, Fresno, CA
93702

**Facebook: @a4fusd
(https://web.archive.org/web/2025032222
Instagram: @a4fusd
(https://web.archive.org/web/2025032222
igsh=NTc4MTIwNjQ2YQ==)
X: @a4fusd
(https://web.archive.org/web/2025032222
s=21)**

## Check Out Our 2024 Impact Report!

**ACCESSIBLE
VIDEOS
(HTTPS://WEB.AR**

C…







(https://web.archive.org/web/20250322223539/https://resources.finalsite.net/images/v1739987461/fresnouorg/aw0te2iobmdsyd6wuher/69646!

"This work requires allies that are willing to move, to act, and to put time and resources behind an effort to close a gap. For black students, we're not meeting the bar. We need to declare that

C…

**publicly and do better."**

**— Dr. Robert G. Nelson, Former Superintendent,**

**Fresno Unified School District**

# A4's Leadership Team



C…