UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CALIFORNIANS FOR EQUAL RIGHTS FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>MISTY HER, interim superintendent of the Fresno Unified School District; and VALERIE F. DAVIS, President of the Fresno Unified School District,<br><br>Defendants. | No. 1:25-cv-00250-BAM<br><br>**[PROPOSED] ORDER VACATING THE 8/12/25 ORDER AND DENYING DEFENDANTS' MOTION TO DISMISS COMPLAINT**<br><br>Judge: Barbara A. McAuliffe<br>Date: September 26, 2025<br>Time: 9:00 a.m.<br>Place: Courtroom 8, 6th floor<br><br>Complaint Filed: February 27, 2025 |

Considering Plaintiff's Motion for Reconsideration,

IT IS ORDERED that the 8/12/25 Order Granting Defendants' Motion to Dismiss Complaint, Doc. 25, is VACATED, and Defendants' Motion to Dismiss Complaint is DENIED.

DATED:_____.     _____
                                        Judge Barbara A. McAuliffe