1  WILSON C. FREEMAN, Ariz. Bar No. 036953*
   Email: WFreeman@pacificlegal.org
2    *Counsel for Service*
   JOSHUA P. THOMPSON, Cal. Bar No. 250955
3  Email: JThomspon@pacificlegal.org
     *Local Co-Counsel*
4  Pacific Legal Foundation
   555 Capitol Mall, Suite 1290
5  Sacramento, CA 95814
   Telephone: (916) 419-7111
6  Facsimile: (916) 419-7747

7  GLENN E. ROPER, Colo. Bar No. 38723*
   geroper@pacificlegal.org
8  Pacific Legal Foundation
   1745 Shea Center Dr., Suite 400
9  Highlands Ranch, CO 80129
   Telephone: (916) 419-7111
10 Facsimile: (916) 419-7747

11 *Attorneys for Plaintiffs*

12 **pro hac vice*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| CALIFORNIANS FOR EQUAL RIGHTS FOUNDATION, | No. 1:25-cv-00250-BAM |
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF INTENT TO REST ON COMPLAINT** |
| MISTY HER, interim superintendent of the Fresno Unified School District; and VALERIE F. DAVIS, President of the Fresno Unified School District, | Judge: Barbara A. McAuliffe<br>Place: Courtroom 8, 6th floor |
| Defendants. | Complaint Filed: February 27, 2025 |

Notice of Intent to Rest on Complaint

Plaintiff respectfully submits this notice to inform the Court that it intends to rest on the Complaint dismissed by the Court on August 12, 2025. (*See* Doc. 25). Plaintiff thus does not intend to file an Amended Complaint, though the Court dismissed the Complaint with leave to amend.

Where a case is dismissed with leave to amend, a plaintiff may file a notice of intent not to file an amended complaint. *WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1135 (9th Cir. 1997) (quoting *Lopez v. City of Needles*, 95 F.3d 20 (9th Cir. 1996)). This gives the Court the opportunity to reconsider or, usually, to enter a final and appealable order of dismissal. *Id.* Plaintiff therefore requests that this Court enter a final Order that Plaintiff may appeal to the United States Court of Appeals for the Ninth Circuit.

DATED:  October 23, 2025.

                                            Respectfully submitted,

WILSON C. FREEMAN*
JOSHUA P. THOMPSON
GLENN E. ROPER*

By  /s/ Wilson C. Freeman
      WILSON C. FREEMAN

*Attorneys for Plaintiff*

*pro hac vice

Notice of Intent to Rest on Complaint          1

# CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2025, the forgoing document was filed via the court's electronic filing system, which provides notice of filing to the following:

Michael J. Davis
Matthew T. Besmer
ATKINSON, ANDELSON, LOYA, RUUD & ROMO
5075 Hopyard Road, Suite 210
Pleasanton, CA 94588-2797
MDavis@aalrr.com
Matthew.Besmer@aalrr.com

By  /s/ Wilson C. Freeman
    WILSON C. FREEMAN