UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR EQUAL RIGHTS FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>MISTY HER, interim superintendent of the Fresno Unified School District; and VALERIE F. DAVIS, President of the Fresno Unified School District,<br><br>Defendants. | Case No.  No. 1:25-cv-00250-BAM<br><br>**ORDER REGARDING PLAINTIFF'S NOTICE OF INTENT TO REST ON COMPLAINT AND ORDERING DISMISSAL OF THIS ACTION**<br><br>(Doc. 32) |

Plaintiff Californians for Equal Rights Foundation ("Plaintiff") initiated this action on February 27, 2025, alleging violations of the Equal Protection Clause of the Fourteenth Amendment (42 U.S.C. § 1983), Title VI of the Civil Rights Act of 1964 (42 U.S.C. § 2000d), and the California Constitution, article I, section 31 (Proposition 209) by Misty Her, interim superintendent of the Fresno Unified School District, and Valerie F. Davis, President of the Fresno Unified School District in their official capacities (collectively, the "Defendants"). (Doc. 1.)[1]

On April 21, 2025, Defendants filed a motion to dismiss the complaint for lack of jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1). (Doc. 15.) On May 19, 2025, Plaintiff filed its opposition to Defendants' motion to dismiss. (Doc. 23.) On May 29, 2025, Defendants filed their reply. (Doc. 24.)  On August 12, 2025, the Court granted Defendants' motion to dismiss Plaintiff's complaint, holding that (1) Plaintiff failed to set forth facts sufficient to satisfy the

---

[1] The parties have consented to the jurisdiction of the United States Magistrate Judge. (Doc. 21.) For that reason, the action was reassigned to the Honorable Barbara A. McAuliffe for all purposes. See 28 U.S.C.§ 636(c); Fed. R. Civ. P. 73; see also L. R. 301, 305.

1

standing requirements under Article III of the U.S. Constitution, and (2) Plaintiff's claims were not ripe for adjudication. (Doc. 25.) The Court afforded Plaintiff leave to amend its complaint to cure the identified deficiencies, noting that otherwise the action will be dismissed with prejudice. (*Id.* at 24.)

On August 26, 2025, Plaintiff filed a Motion for Reconsideration on the basis of newly discovered evidence and clear error by the Court. (Doc. 26.) On September 9, 2025, Defendants filed an Opposition to Plaintiff's Motion for Reconsideration. (Doc. 27.) Plaintiff filed its reply on September 19, 2025. (Doc. 29.) On October 2, 2025, the Court issued an order denying Plaintiff's Motion for Reconsideration, finding that Plaintiff had not met the requirements to justify relief under either Rule 59(e) or Rule 60(b)(6). (Doc. 31.) Plaintiff was ordered to file an amended complaint within twenty-one days of the date of service of the Order, otherwise the action would be dismissed with prejudice. (*Id.*)

On October 23, 2025, Plaintiff filed a Notice of Intent to Rest on Complaint. (Doc. 32.) Plaintiff informed the Court that it does not intend to file an amended complaint and requested the Court enter a final Order that Plaintiff may appeal to the Ninth Circuit. (*Id.* at 2); *Edwards v. Marin Park*, Inc., 356 F.3d 1058, 1064 (9th Cir. 2004) (stating that where the plaintiff elects not to amend, the proper procedure is for the district court to enter a final judgment dismissing all claims with prejudice).

Based on the foregoing, the Court ORDERS:

1. This action be DISMISSED, with prejudice; and
2. The Clerk of this Court is directed to enter judgment in favor of Defendants Misty Her and Valerie F. Davis, and against Plaintiff Californians for Equal Rights Foundation.

IT IS SO ORDERED.

Dated:   **October 27, 2025**                    /s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE