# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIANS FOR EQUAL RIGHTS FOUNDATION ,** | **JUDGMENT IN A CIVIL CASE** |
| | CASE NO: **1:25−CV−00250−BAM** |
| v. | |
| **MISTY HER , ET AL. ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 10/27/2025 .**

ENTERED:   **October 27, 2025**        /s/  **Keith Holland**
                                                      Clerk of Court