# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Eastern District of California

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 1:25-cv-00250-BAM

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 02/27/2025

Date of judgment or order you are appealing: 10/27/2025

Docket entry number of judgment or order you are appealing: 34

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Californians for Equal Rights Foundation

Is this a cross-appeal?   ○ Yes   ☉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ☉ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:        State:        Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Wilson C. Freeman     **Date** Nov 26, 2025

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                          Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Californians for Equal Rights Foundation |

Name(s) of counsel (if any):

| |
|---|
| Wilson C. Freeman |

Address: 555 Capitol Mall, Suite 1290

Telephone number(s): (916) 419-7111

Email(s): WFreeman@pacificlegal.org

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Misty Her, superintendent of the Fresno Unified School District; and Valerie F. Davis, President of the Fresno Unified School District, |

Name(s) of counsel (if any):

| |
|---|
| Michael J. Davis, Matthew T. Besmer |

Address: 5075 Hopyard Road, Suite 210, Pleasanton, CA 94588-2797

Telephone number(s):

Email(s): MDavis@aalrr.com, Matthew.Besmer@aalrr.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                   1                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):
Glenn E. Roper

Address: 1745 Shea Center Dr., Suite 400 Highlands Ranch, CO 80129

Telephone number(s): (916) 419-7111

Email(s): GERoper@pacificlegal.org

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                       2                              *New 12/01/2018*