UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721

**CALIFORNIANS FOR EQUAL RIGHTS FOUNDATION,**
    Plaintiff

   v.                                                                             **CASE NO. 1:25−CV−00250−BAM**

**MISTY HER, ET AL.,**
    Defendant

    You are hereby notified that a Notice of Appeal was filed on **November 26, 2025** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

November 26, 2025

                                        **KEITH HOLLAND**
                                        **CLERK OF COURT**

                                    **by:** /s/ J. Xiong
                                          Deputy Clerk