UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721

TO:          CLERK, U.S. COURT OF APPEALS

FROM:        CLERK, U.S. DISTRICT COURT

SUBJECT:     NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **1:25−CV−00250−BAM** |
| USDC Judge: | **MAGISTRATE JUDGE BARBARA A. MCAULIFFE** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **CALIFORNIANS FOR EQUAL RIGHTS FOUNDATION vs. MISTY HER** |
| Type: | **CIVIL** |
| Complaint Filed: | **2/27/2025** |
| Appealed Order/Judgment Filed: | **10/27/2025** |
| Court Reporter Information: | |

FEE INFORMATION

**Fee Status: Paid on 11/26/2025 in the amount of $605.00**

Information prepared by: /s/ **J. Xiong , Deputy Clerk**